Jerome CLARK, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 66175.

Missouri Court of Appeals,
Western District.

May 9, 2007.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 31, 2007.

Steven B. Willibey, Kansas City, MO,
for Appellant.

Shaun J. Mackelprang, Jefferson City,
MO, for Respondent.

Before HARDWICK, P.J., ULRICH
and NEWTON, JJ.

*ORDER*

PER CURIAM.

Jerome Clark appeals the denial of his
Rule 29.15 motion for post-conviction re-
lief. Upon review of the briefs and the
record, we find no error and affirm the
motion court's judgment. We have provid-
ed the parties with a Memorandum ex-
plaining the reasons for our decision, be-
cause a published opinion would have no
precedential value.

AFFIRMED. Rule 84.16(b).